**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **RAYMOND SPRAGUE,** | ) | |
| | ) | |
|           **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 10-150-P-H** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
|           **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 30, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The plaintiff filed his objection to the Magistrate Judge's Recommended Decision on April 18, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

      **SO ORDERED.**

      **DATED THIS 27TH DAY OF APRIL, 2011**

                                                  /S/D. BROCK HORNBY
                                                **D. BROCK HORNBY**
                                                **UNITED STATES DISTRICT JUDGE**